People *v* Whaley. Appeal from Wayne, Thomas Roumell, J. Submitted Division 1 February 29, 1972, at Grand Rapids. (Docket No. 12213.) Decided March 31, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Edward R. Wilson,* Assistant Prosecuting Attorney, for the people.

*Angelo A. Plakas,* for defendant on appeal.

Before: Holbrook, P. J., and Fitzgerald and T. M. Burns, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty and was convicted of attempting to carry a pistol in a motor vehicle. MCLA 750.227; MCLA 750.92. He was sentenced to imprisonment for a term of 1–1/2 to 2–1/2 years and appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.